P D Cause No. _____

8TH Dist. Ct of App. Cause # 08-13-00111-CR

Trial Ct. Cause # CR 12031

Benjamin James Patterson ¿ In The Court Of

Appellant ¿

v. ¿ Criminal Appeals At

State Of Texas ¿

Appellee ¿ Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Appellant's
Motion For Extension To File

P. D. R.

FILED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

To The Honorable Judge Of Said Court

COMES NOW, the Appellant, in the above-styled, and numbered cause to move this Court to issue AN ORDER for Extension of 60 days to 90 days, for the filing of P.D.R. in this cause, and in support of this motion show as follow:

I.

Eighth District Court of Appeals in El Paso, Texas issued Judgment to "AFFIRM", Direct Appeal in favor of the Conviction on January 14, 2015.

II.

Appellant intends to Appeal via P.D.R.

III.

Appellant is proceeding as Pro Se, and is

Page 1 of 3

A layman-At-law. He is incarcerated in Prison, on the James V. Allred Unit of TDCJ-CID, in Wichita Co., Texas, and has limited resources for legal Research and supplies to prepare his P.D.R. And will need additional time, of 60 to 90 days, in the interest interest of justice. WHEREFORE, Ahh CONSIDERED, the Appellant, prays, this Honorable Court, will issue an ORDER granting Appellant 60 to 90 days from the 8TH Court of Appeals "Affirm" Judgment of Jan. 14, 2015, to prepare Petition in this cause, in the interest of justice.

Respectfully Submitted,

x Benjamin James Paterson 1/30/15

Petitioner

## Certificate Of Service

I, certify a True and Correct copy of this instrument has been served to the State's Attorney in Austin, Texas by U.S. Mail.

Mailed On: 2/2/15

x Benjamin James Paterson

Petitioner

## Unsworn Declaration

I, Benjamin James Paterson, TDCJ# 1845087, being presently incarcerated in the James V. Allred Unit of TDCJ-CID, declare, under Penalty of Perjury, the foregoing instrument is True and Correct. Executed On: 2/2/15 B. James Paterson #1845087

Declarant

# ORDER

Having heard the Motion, this Court, hereby
ORDER Motion to be:

      Granted: _____     Denied: _____

Signed On: _____

X _____
      Judge Presiding